### [WINTHROP v. ALCOCK'S executors]

Cap$^t$ Thomas Clarke Attourney of Jn° Wintrop esq$^r$ plantiff against John Williams & Ann his wife George Alcock John Alcock Palsgraue Alcock Mary Alcock Elizabeth Alcock & Joannah Alcock Executors & Executrices to Doctor John Alcock deceased Defend$^{ts}$ in an Action of Debt of fiuety pounds for a hundred goats bought by the said Doct$^r$ John Alcock deceased about ten years since & all Due Damages according to Attachm$^t$ Dated the 24th of 11 m° 1671 . . . the Jurie . . . found for the Defend$^t$ Costs of Court which was seauen shillings & fowre pence.